Gvm

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 21 AM 11:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | '08 MJ 2204 Magistrate Case No.______ |
| v. | COMPLAINT FOR VIOLATION OF |
| **Jose RANGEL-Flores AKA: Jose Luis RANGEL-Flores** Defendant. | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **July 18, 2008**, within the Southern District of California, defendant **Jose RANGEL-Flores**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **21st** DAY OF **July, 2008**.

UNITED STATES MAGISTRATE JUDGE

**Probable Cause Statement**

I, United States Customs and Border Protection (CBP) Enforcement Officer Nicolas Gonzales, declare under penalty of perjury the following to be true and correct:

On July 18, 2008 at approximately 1:00 PM, a male individual later identified as **Jose RANGEL-Flores, AKA: Jose Luis RANGEL-Flores (Defendant)**, attempted to enter the United States from Mexico at the San Ysidro, California Port of Entry through the pedestrian primary lanes. Defendant claimed to be a United States citizen and presented a California identification bearing his picture and name to a Customs and Border Protection (CBP) Officer. Defendant also stated to the CBP Officer that he was going to Los Angeles, California and was not bringing anything from Mexico. The CBP Officer received a computer-generated referral for Defendant and escorted him to secondary for further inspection.

In secondary, Defendant's fingerprints were obtained and queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported/removed alien.

Further queries through the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico without legal documents to enter the United States. CIS and DACS system queries reveal Defendant was ordered deported/removed from the United States to Mexico by an Immigration Judge on or about October 14, 2004 and physically removed from the United States through the Otay Mesa Port of Entry on the same date. Immigration service records indicate no evidence that Defendant has applied for, or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.

Executed at 8:00 PM on July 18, 2008.

[signature]
Nicolas Gonzales Jr/ CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **July 18, 2008** in violation of Title 8, United States Code, Section 1326.

[signature]
MAGISTRATE JUDGE

July 19, 2008, 2030PM
DATE / TIME